# EXHIBIT A

**Brian Field**

| | |
|---|---|
| **From:** | H. Christopher Bartolomucci |
| **Sent:** | Thursday, August 22, 2024 5:00 PM |
| **To:** | FOIA@sba.gov |
| **Subject:** | FOIA Request |
| **Attachments:** | FOIA Request for HNC and Dawson Records (2024.08.22).pdf |

Dear FOIA Officer,

Please accept and process the attached FOIA request.

Many thanks,

H. Christopher Bartolomucci

Counsel for Requestor Chris Dawson

1



August 22, 2024

By email

Chief, Freedom of Information/Privacy Acts Office
U.S. Small Business Administration
409 Third St. SW, 8th floor
Washington, DC 20416
FOIA@sba.gov

    **Re:    Freedom of Information Act request for regarding Hawaiian Native Corporation and the Dawson Group.**

Dear FOIA Officer:

    Pursuant to the Freedom of Information Act ("FOIA") and on behalf of my client, Chris Dawson, I write to request various records concerning the Hawaiian Native Corporation ("HNC") and its Dawson Group ("Dawson") subsidiaries.

    HNC and Dawson participate in the SBA's Section 8(a) Business Development Program. On January 31, 2024, SBA issued to HNC and Dawson an Order to Show Cause why SBA should not debar HNC and Dawson based on a Department of Justice criminal investigation involving the companies and its then-CEO Chris Dawson. Since then, the Small Business Administration ("SBA") has participated in negotiations between Mr. Dawson and the companies related to a potential severance agreement for Mr. Dawson.

    To better understand the SBA's involvement in these matters, Mr. Dawson requests the following records:

- Records reflecting all communications between SBA and HNC and/or its agents regarding the terms of any severance agreement, separation agreement, or settlement agreement to be executed between HNC/Dawson and Mr. Dawson.

- Records reflecting all communications between SBA and the Department of Justice ("DOJ") regarding DOJ's investigation into HNC, Dawson, or Mr. Dawson.

- All communications between SBA and HNC and/or its agents referencing Mr. Dawson.

    This request is directed to all SBA components, offices, or divisions likely to have the requested records. Mr. Dawson is willing to pay up to $250 for the processing of this

**H. Christopher Bartolomucci** | Partner      **Schaerr | Jaffe** LLP
Office   (202) 787-1060      1717 K Street NW, Suite 900
Email   cbartolomucci@schaerr-jaffe.com      Washington, DC 20006
www.schaerr-jaffe.com



request. Should the fees exceed that amount, please contact me at the number below. Additionally, in case SBA concludes it is necessary, I have attached an authorization from Mr. Dawson.

For purposes of this request, the time frame for the searches should be records created and/or exchanged between January 1, 2023, and the time the searches are performed. Additionally, the term "record" shall mean: (1) typed material of any kind, including but not limited to all correspondence, memoranda, notes, messages, letters, facsimiles, papers, forms, telephone messages, schedules, calendars, minutes, books, reports, lists, ledgers, invoices, receipts, computer printouts, contracts, agreements, and transcripts; (2) any electronically stored material of any kind, including all emails and also including material stored on any personal electronic devices; (3) any audio or visual recordings of any kind; and (4) any materials using other means of preserving information.

Should you have any questions about this request, I can be reached at (202) 787-1060 or cbartolomucci@schaerr-jaffe.com.

Thank you for your attention to this matter and I look forward to receiving your response.

Sincerely,

*/s/ H. Christopher Bartolomucci*
H. Christopher Bartolomucci

*Counsel for Chris Dawson*

## Affidavit of Christopher Dawson

I, Christopher Dawson, am a citizen of Hawaii and the United States, am at least 18 years of age, and am competent to declare as follows:

1. I have retained Christopher Bartolomucci of the law firm Schaerr|Jaffe LLP as my attorney.

2. As part of that representation, I have directed Mr. Bartolomucci to submit a Freedom of Information Act ("FOIA") request to the Small Business Administration ("SBA").

3. I further authorize the SBA to release records responsive to the accompanying FOIA request directly to Mr. Bartolomucci, as my representative.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: Aug 7, 2024

_____
Christopher Dawson