# **EXHIBIT C**

# Brian Field

| | |
|---|---|
| **From:** | H. Christopher Bartolomucci |
| **Sent:** | Friday, August 30, 2024 10:36 AM |
| **To:** | FOIA@sba.gov |
| **Subject:** | FOIA Request |
| **Attachments:** | FOIA Request for communications re Dawson (2024.08.30).pdf |

Dear FOIA Officer,

Please accept, acknowledge, and process the attached FOIA request.

Many thanks,

H. Christopher Bartolomucci

*Counsel for Requestor Chris Dawson*


H. Christopher Bartolomucci
Schaerr | Jaffe LLP
1717 K Street NW, Suite 900 | Washington, DC 20006
Office (202) 787-1060 | Mobile (202) 256-2735
cbartolomucci@schaerr-jaffe.com | www.schaerr-jaffe.com



August 30, 2024

By email

Chief, Freedom of Information/Privacy Acts Office
U.S. Small Business Administration
409 Third St. SW, 8th floor
Washington, DC 20416
FOIA@sba.gov

    Re:    **Freedom of Information Act request for communications regarding Chris Dawson, the Hawaiian Native Corporation, or the Dawson Group.**

Dear FOIA Officer:

    Pursuant to the Freedom of Information Act ("FOIA") and on behalf of my client, Chris Dawson, I write to request various records concerning Chris Dawson, the Hawaiian Native Corporation ("HNC"), and its Dawson Group ("Dawson") subsidiaries.

    HNC and Dawson participate in the SBA's Section 8(a) Business Development Program. On January 31, 2024, SBA issued to HNC and Dawson an Order to Show Cause why SBA should not debar HNC and Dawson based on a Department of Justice criminal investigation involving the companies and its then-CEO Chris Dawson.

    To better understand the SBA's involvement in these matters, Mr. Dawson requests the following records:

- All communications referencing Chris Dawson, HNC, or the Dawson Group exchanged between SBA officials and any of the following individuals: (1) Raymond Jardine; (2) William "Billy" Cress; (3) Leon DeSouza; (4) Lehua Merna Wright; or (5) Leilani Rebecca Johnson

    This request is directed to all SBA components, offices, or divisions likely to have the requested records. Mr. Dawson is willing to pay up to $250 for the processing of this request. Should the fees exceed that amount, please contact me at the number below. Additionally, in case SBA concludes it is necessary, I have attached an authorization from Mr. Dawson.

    For purposes of this request, the time frame for the searches should be records created and/or exchanged between January 1, 2023, and the time the searches are performed. Additionally, the term "record" shall mean: (1) typed material of any kind,

---

**H. Christopher Bartolomucci** | PARTNER
Office   (202) 787-1060
Email   cbartolomucci@schaerr-jaffe.com

SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
www.schaerr-jaffe.com



including but not limited to all correspondence, memoranda, notes, messages, letters, facsimiles, papers, forms, telephone messages, schedules, calendars, minutes, books, reports, lists, ledgers, invoices, receipts, computer printouts, contracts, agreements, and transcripts; (2) any electronically stored material of any kind, including all emails and also including material stored on any personal electronic devices; (3) any audio or visual recordings of any kind; and (4) any materials using other means of preserving information.

Should you have any questions about this request, I can be reached at (202) 787-1060 or cbartolomucci@schaerr-jaffe.com.

Thank you for your attention to this matter and I look forward to receiving your response.

Sincerely,

*/s/ H. Christopher Bartolomucci*
H. Christopher Bartolomucci

*Counsel for Chris Dawson*