**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLOMBIA**

DONNE DAWSON,

      Plaintiff,

      v.

U.S. SMALL BUSINESS
ADMINISTRATION,

      Defendant.

Civil Action No. 25-3768 (CKK)

**JOINT STATUS REPORT**

Plaintiff, Donne Dawson, and Defendant, the Small Business Administration (collectively, "Parties"), respectfully submit the following status report in this case brought pursuant to the Freedom of Information Act ("FOIA").

1. On October 24, 2025, Plaintiff filed her complaint.  ECF Nos. 1.

2. On January 7, 2026, Defendant filed its Answer.  ECF No. 9.

3. After the parties filed their first status report on February 18, 2026, *see* ECF No. 10, the Court ordered the Parties to file a joint status report "advising the Court of the status of the production of Defendant's *Vaughn* index and any other matters requiring the Court's attention." Min. Order (Feb. 19, 2026). Pursuant to that offer, the parties report as follows.

4. With respect to FOIA Request Number 2024-006428, Defendant sent a response on January 21, 2026, with a link to the responsive documents, which were redacted pursuant to Exemptions 4, 5, and 7.  The production was approximately 119 documents, consisting of over 1,000 pages. With respect to FOIA Request Number 2026-000326, Defendant further reports that it sent a response on January 23, 2026, with a link to the responsive documents which were

redacted pursuant to Exemptions 4, 5, and 7.  The production was approximately 51 documents, consisting of about 600 pages.

5.      At Plaintiff's request, on March 20, 2026, Defendant reissued these responses, providing the specific redactions asserted for each document and related attachments redacted. Additionally, as stated in the previous status report, Defendant agreed to produce a draft declaration and/or *Vaughn* index that provides additional information about the withheld pages. *See* Joint Status Report ¶¶ 5–6 (ECF No. 10). Plaintiff agreed that it would not request a summary-judgment briefing schedule until it had an opportunity to review this additional detail.

6.      Defendant is still preparing that draft declaration and/or *Vaughn* index, which will provide information about the withheld pages. The parties have conferred, and Defendant agrees to provide that information by June 4, 2026.

7.  A proposed order is attached.

\* \* \*

- 2 -

Dated:  April 27, 2026
      Washington, DC

Respectfully submitted,

*/s/ Brian J. Field*
BRIAN J. FIELD
D.C. Bar No. 985577
SCHAERR | JAFFE LLP
1717 K Street NW
Suite 900
Washington, DC 20006
Tel.: (202) 787-1060
Email: bfield@schaerr-jaffe.com

*Counsel for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By:        */s/ Sian Jones*
    SIAN JONES, D.C. Bar #1024062
    Assistant United States Attorney
    601 D Street, NW
    Washington, D.C., 20530
    (202) 252-2578

*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA**

|  |  |
|---|---|
| DONNE DAWSON, | |
| Plaintiff, | |
| v. | Civil Action No. 25-3768 (CKK) |
| U.S. SMALL BUSINESS ADMINISTRATION, | |
| Defendant. | |

## [PROPOSED] ORDER

UPON CONSIDERATION of the Parties' joint status report and the entire record herein, it is hereby

ORDERED that Defendant shall provide Plaintiff a draft declaration/*Vaughn* index by June 4, 2026, which explains the basis for each withholding in sufficient detail as to allow Plaintiff to evaluate the releases and determine whether dispositive motions practice is necessary; and it is

FURTHER ORDERED that the Parties shall file a further joint status report on or before June 22, 2026.

**SO ORDERED.**

Date: _____      _____
                                United States District Judge

- 4 -